UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SCOTT FERGUSON,

        Plaintiff,

vs.	Case No. 3:05-cv-734-J-20MMH

JAMES V. CROSBY, JR.,
etc.; et al.,

        Defendants.
_____

**ORDER**

    1.   Plaintiff's Motion to Correct Designation of Case from Track One to Track Two (Doc. #5) is **GRANTED** in that the Clerk of Court is directed to issue a corrected Notice of Designation under Local Rule 3.05, designating this action as a Track Two case.

    2.   Defendant Cercy's Motion to Dismiss (Doc. #9) is **MOOT**. See Plaintiff's Unopposed Motion to Correct Scrivener's Error and to Allow Defendant Cercy 20 days to Respond (Doc. #13).

    3.   Defendant Crosby's Motion to Dismiss (Doc. #10) is **DENIED**. See Plaintiff's Response in Opposition to Defendant Crosby's Motion to Dismiss (Doc. #14).[1]

_____

[1] In Plaintiff's Response, he refers to a Third Amended Complaint in this case. See Response at 4. Plaintiff, in this action, is proceeding on the original Complaint (Doc. #1); however, he has requested to file a Corrected Complaint.

4. Plaintiff's Unopposed Motion to Correct Scrivener's Error and to Allow Defendant Cercy 20 days to Respond (Doc. #13) is **GRANTED**. Plaintiff, within **TEN (10) DAYS** from the date of this Order, shall file a Corrected Complaint. In filing the Corrected Complaint, Plaintiff shall entitle it as an Amended Complaint and shall include this case number.

5. Defendant Dodd's Motion to Dismiss (Doc. #19) is **DENIED**. See Plaintiff's Response in Opposition to Defendant Dodd's Motion to Dismiss (Doc. #20).

6. Defendants, within **THIRTY (30) DAYS** from the date of this Order, shall respond to the Corrected Complaint.

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

sc 11/4
c:
Counsel of Record